UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

JESUS GARNICA-MELGOZA,

Petitioner,

v.

ICE FIELD OFFICE DIRECTOR,

Respondent.

C26-889 TSZ

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1)     On April 29, 2026, Respondent filed a Notice of Intent to Remove, docket no. 13, stating that Petitioner was notified of his "imminent removal" the previous day. On May 13, 2026, the Clerk received notice that the Court's Scheduling Order, docket no. 5, sent to Petitioner was returned as undeliverable.  See Mail (docket no. 14).

On or before May 29, 2026, Respondent is ORDERED to file a status report stating whether Petitioner remains in custody at the Northwest Immigration and Customs Enforcement Processing Center or whether he was removed to Mexico.  If Petitioner was removed to Mexico, Respondent is further ORDERED to explain whether the pending habeas petition, docket no. 1, is now moot.  See Abdala v. INS, 488 F.3d 1061, 1064 (9th Cir. 2007) (indicating that a habeas petition is not moot if "some remaining 'collateral consequence' . . . may be redressed by success on the petition").

(2)     The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 26th day of May, 2026.

Joshua C. Lewis
Clerk

s/Grant Cogswell
Deputy Clerk

MINUTE ORDER - 1